**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| **IN THE MATTER OF KIRBY** | § | **CIVIL ACTION NO. 3:26-cv-234** |
| **INLAND MARINE, LP AND KIRBY** | § | |
| **CORPORATION, IN A CAUSE OF** | § | **RULE 9(h) ADMIRALTY** |
| **EXONERATION FROM OR** | § | **NON-JURY** |
| **LIMITATION OF LIABILITY** | § | |

**UNSWORN DECLARATION OF VERIFICATION PURSUANT TO 28 USC § 1746**

I, Ross Jones, declare, certify, verify, and state that the following is true and correct:

1. My name is Ross Jones. I am over eighteen (18) years of age, of sound mind and have never been convicted of a felony or crime involving moral turpitude. I am fully competent to make this declaration. The facts stated in this declaration are within my personal knowledge and are true and correct.

2. I am counsel for Kirby Inland Marine, LP and Kirby Corporation in the action to be filed in the Southern District of Texas, Galveston Division, styled *In the matter of Kirby Inland Marine, LP and Kirby Corporation in a Cause of Exoneration From or Limitation of Liability.*

3. I have read the Complaint for Exoneration from or Limitation of Liability with which this Verification is filed and certify that the facts contained therein are true and correct based upon my personal knowledge and/or best information and belief. The sources of my information and the grounds for my belief as to all matters stated herein are documents of and communications with said company and/or its employees.

4. I declare under the penalty of perjury that the foregoing is true and correct.

Prepared on this, the 21st day of Jule 2026.

_____
Ross Holiday Jones