**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BEAMONT DIVISION**

| | | |
|---|---|---|
| **IN THE MATTER OF KIRBY** | § | **CIVIL ACTION NO.** <u>**3:26-cv-234**</u> |
| **INLAND MARINE, LP, IN A CAUSE** | § | |
| **OF EXONERATION FROM OR** | § | **RULE 9(h) ADMIRALTY** |
| **LIMITATION OF LIABILITY** | § | **NON-JURY** |

<u>**UNSWORN DECLARATION OF VALUE PURSUANT TO 28 USC § 1746**</u>

I, James Fewell, declare, certify, verify, and state that the following is true and correct:

1. My name is James Fewell, and I am above the age of eighteen (18) years and have never been convicted of a felony or crime involving moral turpitude. I am fully competent to make this declaration. I have personal knowledge of the facts stated herein and they are all true and correct.

2. I am Vice President of Inland Maintenance & Repair at Kirby Inland Marine, LP. My duties include determining the value of vessels in the fleet of Kirby Inland Marine, LP for accounting and insurance purposes.

3. I am familiar with the DELOS CASE and its condition. Based upon my knowledge of the replacement value and depreciation of this vessel, I believe that the fair market values of this vessel at the conclusion of the voyage underway on January 16, 2026 was $1,193,143.00

4. I declare under the penalty of perjury that the foregoing is true and correct.

Prepared on this, the 16th day of July, 2026.

_____
James Fewell