**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | |
|---|---|
| **IN THE MATTER OF KIRBY** § | **CIVIL ACTION NO. 3:26-cv-234** |
| **INLAND MARINE, LP, IN A CAUSE** § | |
| **OF EXONERATION FROM OR** § | **RULE 9(h) ADMIRALTY** |
| **LIMITATION OF LIABILITY** § | **NON-JURY** |
| § | |

**UNSWORN DECLARATION OF VALUE OF PENDING FREIGHT**

**PURSUANT TO 28 USC § 1746**


I, Renato A. Castro, declare, certify, verify, and state that the following is true and correct:


1.  My name is Renato A. Castro, and I am above the age of eighteen (18) years and have never been convicted of a felony or crime involving moral turpitude. I am fully competent to make this affidavit. I have personal knowledge of the facts stated herein and they are all true and correct.

2.  I am Vice President of Finance for Kirby Inland Marine, LP. My duties include tracking revenues generated by Kirby Inland Marine, L.P.'s vessels, including the M/V DELOS CASE.

3.  On January 16, 2026, the M/V DELOS CASE had no freight then pending for the voyage in issue.

4.  I declare under the penalty of perjury that the foregoing is true and correct.

    Prepared on this, the 16th day of July 2026.


_____
Renato A. Castro