**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| **IN THE MATTER OF KIRBY INLAND MARINE, LP AND KIRBY CORPORATION IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY** | § § § § § | **CIVIL ACTION NO. __________** <br> **RULE 9(h) ADMIRALTY** <br> **NON-JURY** |

**_AD INTERIM_ STIPULATION FOR VALUE**
**WITH LETTER OF UNDERTAKING**

WHEREAS, Limitation Petitioners, Kirby Corporation, as parent corporation, and Kirby Inland Marine, LP ("Limitation Petitioners"), as owner and/or operator of the M/V DELOS CASE, its engines, gear, tackle, appurtenances etc. for the purposes of the Limitation of Liability Act, 46 U.S.C. §§ 30501 *et seq.* (the "Limitation of Liability Act") have instituted a proceeding in this Court for Exoneration from or Limitation of Liability with respect to any and all injury, loss, destruction, damage, claims or for any other matter arising out of, done, occasioned or injured during the incident at on or about January 16, 2026, as more fully described in the Verified Complaint, and in which proceeding Limitation Petitioners pray, *inter alia*, that a monition issue with notice to all persons claiming damages for loss, damage, injury, or destruction by or resulting during said voyage, citing them to appear and make proof of their respective claims and to answer the Complaint of Limitation Petitioners, and that an injunction issue restraining the prosecution of any and all actions, claims, or proceedings against Limitation Petitioners and the property of Limitation Petitioners, including the M/V DELOS CASE, and its agents, and the

representatives and insurers of Limitation Petitioners and/or the M/V DELOS CASE except under and in pursuance of a monition granted herein; and

WHEREAS, claims have been or will be made against Limitation Petitioners arising out of the aforementioned incident; and

WHEREAS, Limitation Petitioners wish to prevent the commencement or continued prosecution of any and all suits, actions or legal proceedings of any nature of description whatsoever in any and all courts, except in this proceeding, or otherwise against Limitation Petitioners, the property of Limitation Petitioners, including the M/V DELOS CASE, and also wish to provide an *Ad Interim* Stipulation for Value With Letter of Undertaking as security for claims, pending the ascertainment of the amount or value of the interest of Limitation Petitioners in the M/V DELOS CASE and its then pending freight, if any, as the Court may order; and

WHEREAS, pending due appraisement, the value of Limitation Petitioners' interest in the M/V DELOS CASE, including pending freight, as described above on January 16, 2026, has been fixed at ONE MILLION ONE HUNDRED NINETY-THREE THOUSAND ONE HUNDRED FOURTY-THREE 00/100 DOLLARS (USD $1,193,143.). *See* Freight Pending Declaration and Declaration of Value filed of record contemporaneously and in connection with Limitation Petitioners' Verified Complaint.

NOW, therefore, in consideration of the premises,

(1) The United Kingdom Mutual Steam Ship Assurance Association Limited hereby undertakes in the sum of ONE MILLION ONE HUNDRED NINETY-THREE THOUSAND ONE HUNDRED FOURTY-THREE 00/100 DOLLARS (USD $1,193,143), with annual interest at 6% thereon from the date hereof, together with $1,000 in costs in lieu of cost bond, that

Limitation Petitioners will pay into the Court Registry within ten (10) days after the entry of an Order to do so, such sum as aforesaid, or will file in this proceeding a Bond or Stipulation for Value in the usual form of surety in such sum; and

(2) Pending payment into the Court of such sum or the giving of a Stipulation for Value, this Stipulation for Value With Letter of Undertaking shall stand as security for all claims in the instant limitation proceeding; and

(3) Solely for the limited purpose of suit based upon this Stipulation, the United Kingdom Mutual Steam Ship Assurance Association Limited hereby submits itself to the jurisdiction of this Court and designates, for this limited purpose only, Clark Hill, 2615 Calder, Suite 240, Beaumont, Texas 77702, as its agent for service of process, and agrees to abide by all orders and decrees of the Court, intermediate or final, and to pay the amount awarded by the final decree rendered by this Court, after appeal, if any, up to the principal amount of its undertaking, with interest as aforesaid, unless the amount or value of Limitation Petitioners' interest in the M/V DELOS CASE and its pending freight, if any, shall be paid into Court by Petitioner or a Bond or Stipulation for Value in the usual form of surety shall be given in the meantime, in which event this Stipulation shall be void;

(4) This Letter of Undertaking is limited to the matters which are set forth in the Complaint for Exoneration From or Limitation of Liability filed by Kirby Corporation, as parent corporation, and Kirby Inland Marine, LP, as owner and/or operator of the M/V DELOS CASE in the Galveston Division of the United States District Court for the Southern District of Texas, and is only to run in favor of those claimants who timely file their claims in accordance with the procedures set forth by this Court; and

(5) It is also understood and agreed that the authority of the signatory below to act on behalf of Limitation Petitioners are limited to the agreements which have been set forth herein and that the execution of this *Ad Interim* Stipulation for Value With Letter of Undertaking by Clark Hill PLC on behalf of the undersigned, the United Kingdom Mutual Steam Ship Assurance Association Limited shall not be construed as binding upon Clark Hill PLC or the individual signing the *Ad Interim* Stipulation for Value With Letter of Undertaking, but is binding upon the United Kingdom Mutual Steam Ship Assurance Association Limited only.

Dated: in Beaumont, Texas
July 21st, 2026.

Yours faithfully,

The United Kingdom Mutual Steam Ship Assurance Association Limited,

By:____________________________________
Ross Holliday Jones
(As Attorney-in-Fact for the above limited purpose only, as per authority received from Kirby Inland Marine, LP and United Kingdom Mutual Steam Ship Assurance Association Limited on behalf of Limitation Petitioners)