IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
July 22, 2026
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| IN THE MATTER OF KIRBY | § | CIVIL ACTION NO. **3:26-CV-0234** |
| INLAND MARINE, LP AND KIRBY | § | |
| CORPORATION IN A CAUSE OF | § | RULE 9(h) ADMIRALTY |
| EXONERATION FROM OR | § | NON-JURY |
| LIMITATION OF LIABILITY | § | |

**INITIAL ORDER ON COMPLAINT
FOR LIMITATION OR EXONERATION OF LIABILITY**

A Complaint having been filed herein on July 21, 2026, by Limitation Petitioners, Kirby Corporation, as parent corporation, and Kirby Inland Marine, LP, as owner or operator of the M/V DELOS CASE (collectively "Kirby" or "Limitation Petitioners"), seeking exoneration from or limitation of liability in respect of any loss, damage, injury, death, or destruction arising out of the incident that occurred on or about January 16, 2026 involving the M/V DELOS CASE; the Complaint having stated the facts and circumstances upon which said exoneration or limitation is claimed; and it appearing that claims have been and/or are about to be made against Kirby Corporation and Kirby Inland Marine, LP for loss, damage, injury, or destruction alleged to have arisen out of said incidents and/or voyages; now, on motion of attorneys for Limitation Petitioners, it is ORDERED that:

1.      *Monition.* The Clerk of this Court shall issue a Monition to everyone claiming damages and losses occasioned by or arising out of the aforementioned incident involving the M/V DELOS CASE that occurred on or about January 16, 2026 as referred to in the Complaint, citing each of them to file their respective claims with the Clerk of this Court under oath as provided for in the Federal Rules of Civil Procedure and to serve on or to mail to the attorneys of record for Kirby a copy thereof on or before 10:00 am, on the

28th day of September, 2026 (the Default Date), and requiring any person who desires to contest the right to exoneration from or limitation of liability of Kirby to file an answer to the Complaint and to serve on or mail to the attorneys of record for Kirby a copy thereof on or before the aforementioned Default Date.

2. *Publication.* Kirby and/or its attorneys shall cause notice of the filing of the Complaint to be published in the *Houston Chronicle* once a week for four successive weeks beginning August 17, 2026 and Kirby shall certify to the Court that such publication has been made not later than the aforementioned Default Date.

3. *Notice.* Not later than the day of the second publication, Kirby and/or their attorneys will mail a copy of (a) the Monition, (b) Rule F, and (c) this order to every person known to have asserted any claim or filed an action against the M/V DELOS CASE arising our of the events that occurred on or about January 16, 2026 as set for in the Complaint.

4. *Claims and Objections*. Persons with (a) claims arising out of the incident involving the M/V DELOS CASE that occurred on or about January 16, 2026; or (b) objections to the Limitation Petitioners' right of exoneration from liability or the right to limitation of liability must file them under oath with the Clerk of this Court and deliver or mail a copy of them to Ross Holiday Jones, CLARK HILL PLC, 2615 Calder Ave., Suite 240, Beaumont, Texas 77702, no later than the Default Date.

5. *Injunction.* The filing, commencement and/or further prosecution of any and all suits, actions, or legal proceedings of any nature, wherever filed and by whomsoever made, except in the present limitation proceedings in respect to any claim or demand against Kirby Corporation, Kirby Inland Marine, LP, their related or subsidiary

corporations, the M/V DELOS CASE, their insurers and/or any other property of Kirby or any combination of them, arising out of the incident involving the M/V DELOS CASE that occurred on or about January 16, 2026, are hereby stayed, restrained, and enjoined unless and until the hearing and termination of this proceeding, and all warrants attachments or arrests are hereby dissolved.

6. *Ad Interim Stipulation With Letter of Undertaking*. The value of the M/V DELOS CASE and pending freight is stipulated not to exceed ONE MILLION, ONE HUNDRED NINETY-THREE THOUSAND ONE HUNDRED FORTY-THREE AND 00/100 DOLLARS (USD $1,193,143). If any claimant by motion demands that security be given by Limitation Petitioners or be increased on the ground that it is less than the value of Limitation Petitioners'[ interest in the vessel and pending freight, the Court will cause due appraisement to be made of Limitation Petitioners' interest in the vessel and pending freight and, if the Court finds that the security is either insufficient or excessive, it shall order its increase or reduction. If the amount of said *Ad Interim* Stipulation of Value With Letter of Undertaking is not contested by any claimant, it shall stand as a stipulation for value, and an appraisal by a commissioner will not be required.

7. *Approval of Cost Tender*. Pursuant to Rule F(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, the Court approves Limitation Petitioners' request to make a deposit of $1,000 into the Registry of the Court.

SIGNED this _____22nd_____ day of July 2026

_____
UNITED STATES MAGISTRATE JUDGE