**EXHIBIT 1**



**HOUSTON CHRONICLE**

**AFFIDAVIT OF PUBLICATION**

**STATE OF TEXAS:**

Before me, the undersigned authority, a Notary Public in and for the State of Texas, on this day personally appeared, a Newspaper Representative for the Hearst Newspapers, LLC – dba HOUSTON CHRONICLE, a newspaper published in Harris County, Texas, and generally circulated in the Counties of HARRIS, TRINITY, WALKER, GRIMES, POLK, SAN JACINTO, WASHINGTON, MONTGOMERY, LIBERTY, AUSTIN, WALLER, CHAMBERS, COLORADO, BRAZORIA, FORT BEND, GALVESTON, WHARTON, JACKSON, and MATAGORDIA and that the publication, of which the annexed herein, or attached to, is a true and correct copy, was published to wit.

---

**CLARK HILL SIZE BEING : 3.18" x 1.81"**

**08/18/2026 Houston Chronicle**
**08/25/2026 Houston Chronicle**
**09/01/2026 Houston Chronicle**
**09/08/2026 Houston Chronicle**

Victoria Bond
NEWSPAPER REPRESENTATIVE (signature)

Victoria Bond
NEWSPAPER REPRESENTATIVE (printed)

Sworn and subscribed to before me, the 8th Day of September A.D. 2026

ERIKA ACEVEDO
Notary Public, State of Texas
Comm. Expires 05-16-2028
Notary ID 128948353

Erika Acevedo
Notary Public in and for the State of Texas

**EXHIBIT 1**



**NOTICE** is hereby given that Kirby Corporation, as parent corporation, and Kirby Inland Marine, LP, as owner and/or operator of the M/V DELOS CASE (collectively "Kirby" or "Limitation Petitioners"), have filed a Complaint claiming the right to exoneration from, or limitation of, liability for all claims arising out of the incident that occurred on or about January 16, 2026, all as more fully set forth in the Complaint filed in the United States District Court for the Southern District of Texas – Galveston Division on July 21, 2026, Civil Action No. 3:26-cv-0234.

All persons having claims as referred to above must file said claims, as provided in Supplemental Rule F of the Federal Rules of Civil Procedure, with the Clerk of this Court in Galveston, Texas, and serve on or mail to the attorney for the Limitation Petitioners, Ross Jones, CLARK HILL, PLC, 2615 Calder Ave., Suite 240, Beaumont, Texas 77702, a copy there on or before the 28th day of September, 2026, or be defaulted. Personal attendance is not required.

Any claimant desiring to contest either the right of Limitation Petitioners to exoneration from, or limitation of liability, must file an answer to said Complaint as required by the aforesaid Supplemental Rule F and serve on or mail to Limitation Petitioners' attorneys a copy, unless his/her/its claim has included an answer.
IPLHOU0158838

# Japan's economy growing despite facing headwinds

By Yuri Kageyama
ASSOCIATED PRESS

TOKYO — Japan's economy grew an annual rate of 1.1% in the April-June quarter, even as private consumption stayed flat and the growth of exports declined, according to government data released Monday.

Japan's real GDP, or gross domestic product, the sum value of nation's goods and services, grew at a seasonally adjusted rate of 0.3% from the first quarter to second quarter of 2026, according to Cabinet Office data.

The annualized rate shows what the growth rate would have been if it had continued for a whole year. It was 2.1% in the January-March period.

Private spending dipped 1.2% in April-June compared to January-March, while exports grew 0.5%.

Exports for the latest period were driven by the global demand for Japanese autos and semiconductors. Japan is home for Toyota Motor Corp., Honda Motor Co. and other top automakers.

Global demand for computer chips being powered by interest in AI helped support Japan's exports.

Government consumption rose 1.6%.

Quarterly GDP growth was lower than what analysts had expected. The Japanese economy has been hurt by the war in Iran, which has sent energy costs surging. That's especially difficult for resource-poor Japan, which imports almost all its oil.

The Strait of Hormuz, a vital transport route for oil exports from the Persian Gulf to Asia, has been effectively blocked due to the war, pushing prices higher. Japan has released some oil reserves and is working on alternate routes.

Brent crude has been recently trading at about $88 a barrel, up from about $65 a year ago, although that's lower than earlier this year, when it shot above $110 a barrel.

A weak yen has also worked as a plus for some Japanese companies, including giant exporters like Toyota, boosting the value of overseas earnings when translated into yen.

But a weak yen makes it more expensive to import raw materials, raising prices for consumers and denting spending.

Concerns have been growing about rising prices, as wage growth in Japan has been relatively stagnant.

Prime Minister Sanae Takaichi has promised to get growth going again, but her public support ratings, while still high compared to some of her predecessors, have been gradually sinking.

The U.S. dollar has been trading at near 160 Japanese yen lately, up from about 145 yen a year ago. It was trading at about 159 yen after Monday's economic data got released.

The Bank of Japan recently raised its economic growth outlook to 0.6% for the fiscal year through March next year, from an earlier 0.5%.



Takuto Kaneko/Kyodo News via Associated Press

**Vehicles are parked for export on Aug. 1, 2025, at a Yokohama port, near Tokyo.**

## LIFE TRIBUTES

### JAMES HAMM

02/07/1945 - 08/14/2026



Chief Master Sergeant James Ray Hamm (Ret.), who also proudly served as the "World's Greatest Opa," departed this life on August 14, 2026, surrounded by family.

Born on February 7, 1945, in Houston, Texas, Jim was primarily raised by Maude and Nealy Thomas—the sweetest couple to ever grace this earth. Looking for adventure, he joined the United States Air Force in 1962. After completing Aircraft and Missile Hydraulic Technical School at Chanute Air Force Base, he had duty assignments at Dyess Air Force Base, Elmendorf Air Force Base, Sondrestrom Air Base, Griffiss Air Force Base, and Stewart Air Force Base. Jim also served two tours of duty in Southeast Asia, where he volunteered to fly in several Operation Blind Bat missions over North Vietnam and Laos while assigned to the 8th Tactical Fighter Wing, and also served at Cam Ranh Bay in South Vietnam with the 834th Air Division.

After leaving the Air Force, Jim joined the Texas Air National Guard in 1972, serving with the 147th Fighter Wing at Ellington Field. He held many positions in the Aircraft Maintenance Group, and retired from his highly-decorated military career as the Aircraft Generation Squadron Branch Chief, with over 40 years of military service.

Meanwhile, Jim met the love of his life, Carol Anne Hackerott, at an Oktoberfest in 1975. Carol watched as Jim and his friends laughed and stole food off people's plates when they got up to dance. She came up with a flimsy excuse to talk to him: "Do you know what time it is?" The rest is history.

Jim is survived by his wife, Carol, of 50 years; daughters: Jamie (Drew) Eastman, Jessica (Keith) Eveland, and Stephanie (Jeff) Hamm Sutton; son, David Hamm and fiancée, Mandy Day; Grand-Joys: Tiara, Nathan, Ashley, Brian, Darin, Danielle, Arianna, Christian, Aven, and Lyanna; Great-Grand-Joys: Daniella, Easton, Cade, Tatum, Melody, Lincoln, and Sophia; and brother, Jesse (Bobbie) Goodwin. He was preceded in death by his father, Fletcher Goodwin; sisters: Freida Ann Hediger and Rose Ross; brother, Bill Hamm; daughter, Lorinda Michelle Hamm; granddaughter, Stella Sutton; and grandson, Ethan Hamm.

A viewing will be held at Jeter Memorial Funeral Home in Friendswood, Texas, on August 20, 2026, from 5:00 - 7:00pm. Funeral services will be held at Lord of Life Lutheran Church in Friendswood, Texas, on August 21, 2026, at 10:30am.

## LEGAL NOTICES

HoustonChronicle.com/Place-Legals legals@chron.com 713.362.6868

### Notice to Creditors

NOTICE TO CREDITORS AD
$99.00
Contact our team:
legals@chron.com
OR
Visit our 24/7 website to place, anytime:
HoustonChronicle.com/Place-Legals
*Includes first 36 lines and 1 Affidavit of Publication. $2.00 each additional line.*

### Legals/Public Notices

**NOTICE** is hereby given that Kirby Corporation, as parent corporation, and Kirby Inland Marine, LP, as owner and/or operator of the M/V DELOS CASE (collectively "Kirby" or "Limitation Petitioners"), have filed a Complaint claiming the right to exoneration from, or limitation of, liability for all claims arising out of the incident that occurred on or about January 16, 2026, all as more fully set forth in the Complaint filed in the United States District Court for the Southern District of Texas – Galveston Division on July 21, 2026, Civil Action No. 3:26-cv-0234.

All persons having claims as referred to above must file said claims, as provided in Supplemental Rule F of the Federal Rules of Civil Procedure, with the Clerk of this Court in Galveston, Texas, and serve on or mail to the attorney for the Limitation Petitioners, Ross Jones, CLARK HILL, PLC, 2615 Calder Ave., Suite 240, Beaumont, Texas 77702, a copy there on or before the 28th day of September, 2026, or be defaulted. Personal attendance is not required.

Any claimant desiring to contest either the right of Limitation Petitioners to exoneration from, or limitation of liability, must file an answer to said Complaint as required by the aforesaid Supplemental Rule F and serve on or mail to Limitation Petitioners' attorneys a copy, unless his/her/its claim has included an answer.
IPLHOU0158838

### Legal Bids & Proposals

INVITATION TO BID

**Notice**

Notice is here by given that the Matagorda Waste Disposal and Water Supply Corporation (Owner) will receive sealed Bids at the main office located at 362 Peach Street Matagorda, Texas 77457 until 11:00 A.M. CST; Bids will be publicity opened and read aloud at 11 A.M. at the Matagorda Waste Disposal and Water Supply Corporation main office located at 362 Peach Street Matagorda, Texas 77457 on Tuesday August 25, 2026, for construction of the:

Water Systems and Roadway Improvements Project

Bids will be immediately opened and read aloud publicly following the close of the Bid Period. Any Bid received after closing time will be returned unopened. Proposals may be modified or withdrawn at any time prior to the time set for opening Bids.

This project includes, but is not limited to, construction of Water System and Roadway Improvements Project for the Matagorda Waste Disposal and Water Supply Corporation including civil, mechanical, structural, electrical, and other project components.

Examination and Purchase of Documents
Contract Documents may be examined or purchased at the offices of:

Fulcrum Consulting Services
207 E. Magnolia Ave. La Feria, Texas 78559
Telephone: (956) 797-3411
Facsimile: (956) 797-3400
Attention: Ms. Leslie Salinas

Contract Documents may be examined or purchased during normal business hours beginning on Monday, July 22, 2026.

Bidder has the following options for purchasing Contract Documents:
Bidder may purchase hardcopies for a non-refundable cost of $100 per full-size set or an electronic copy for no charge by contacting Ms. Leslie Salinas at lsalinas@fulcrum-cs.com.

The cost of Contract Documents is not refundable. Submit check, cashier check or money order for payment. Cash will not be acceptable. Make checks payable to Fulcrum Consulting Services. Only complete sets of Contract Documents will be provided.

Questions Regarding Bid Process or Bid Documents

Bidder, desiring further information or interpretation, should direct questions regarding Bid Process or Bid Documents (Project Manual or Drawings) must make a written request for such information to Ms. Leslie Salinas no later than on Thursday August 20, 2026. Written questions may be submitted by email to lsalinas@fulcrum-cs.com: or by FAX (956) 797-3400.

Prebid Conference

A non-mandatory Prebid conference will be held at the Matagorda Waste Disposal and Water Supply Corporation main office located at 362 Peach Street Matagorda, Texas 77457 at 11:00 A.M. on Thursday, August 13, 2026.

Bid Requirements

Proposals shall be accompanied by either a Bid Bond from a surety satisfying the requirements specified below for the Performance Bond, Payment Bond and any other bonds set forth in the Contract Documents, or certified check upon, a national or state bank in an amount not less than 5 percent (5%) of the total maximum bid price, payable without recourse to the Matagorda Waste Disposal and Water Supply Corporation as a guarantee that the Bidder will within ten (10) days after Notice of Award enter into a Contract and furnish a Performance Bond, Payment Bond and any other bonds set forth in the Contract Documents upon the forms provided, each in the amount of 100 percent (100%) of the Contract price, from a surety licensed to conduct business in the state where the Project is located and named in the current list of Surety Companies Acceptable on Federal Bonds" as published in Circular 570 (amended) by the Audit Staff Bureau of Accounts, U.S. Treasury Department.

The surety shall have an "A" minimum rating of performance and a financial rating strength of five times the Contract price, all as stated in current "Best's Key Rating Guide, Property-Liability." Each Bond shall be accompanied by a "Power of Attorney" authorizing the attorney-in-fact to bind the surety and shall be certified to include the date of the Bond.

Equal Opportunity in Employment - All qualified Applicants will receive consideration for employment without regard to race, color, religion, sex, age, handicap or national origin. Bidders on this work will be required to comply with the President's Executive Order No. 11246, as amended by Executive Order 11375, and as supplemented in Department of Labor regulations 41 CFR Part 60.

The Matagorda Waste Disposal and Water Supply Corporation reserves the right to accept or reject any or all Bids or parts of Bids, to waive any formalities and technicalities and to accept the Bid most advantageous to the OWNER. No bid may be withdrawn until the expiration of ninety (90) days from the date bids are opened.

Matagorda Waste Disposal and Water Supply Corporation
Tyler Treybig, Board President
IPLHOU0154605

Beta Academy is accepting Requests for Proposals (RFP) for a Construction Manager-at-Risk to construct an 11,500 sq. ft. building. The selection shall be made in a one-step process per TX Gov't Code Chapter 2269, Sub. F. RFP's must be delivered to 10618 Hartsook St. Houston, TX 77034 by 1:30 PM CST on September 1, 2026. View the bid package at www.betaacademy.org/procurement
IPLHOU0157917

### Citation by Publication

CAUSE NO. 2025-61810

KENDRICK JOHNSON & RACHEL JOHNSON
*Plaintiffs,*

vs.

FELIPE MARTINEZ VAZQUEZ
*Defendant.*

**CITATION BY PUBLICATION**
**NOTICE**

COMES NOW, KENDRICK JOHNSON & RACHEL JOHNSON, hereinafter referred to as Plaintiff's, and file this lawsuit against FELIPE MARTINEZ VAZQUEZ, hereinafter referred to as Defendant, now pending in the 125th Judicial District Court of Harris County, Cause # 2025- 61810.

This is a claim for injuries and damages sustained by Plaintiff's KENDRICK JOHNSON & RACHEL JOHNSON in a car wreck that occurred on May 5, 2024 as a result of the negligence of Defendant FELIPE MARTINEZ VAZQUEZ.

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00am on the Monday next following the expiration of 42 days after you were served this citation and petition. A default judgment may be taken against you."

This citation shall be served by the sheriff or any constable of any county of the State of Texas or by the clerk of the court in which the matter is pending by having the same published ONCE each week for FOUR (4) CONSECUTIVE WEEKS, in the Houston Chronicle, Houston, TX.
IPLHOU0152199

LEGAL NOTICES
& A SNORING SPOUSE
TWO THINGS THAT KEEP YOU UP AT NIGHT
Stay legal by posting your notice today!
legals@chron.com
HoustonChronicle.com

### Citation by Publication

**CAUSE NUMBER: 2025-57891**

**Plaintiff: DINH, HANNAH**

**vs.**

**Defendant: HERNANDEZ, YANKIEL**

**IN THE 295TH JUDICIAL DISTRICT COURT OF HARRIS COUNTY, TEXAS**

**CITATION BY PUBLICATION**

**THE STATE OF TEXAS**
**County of Harris**

**NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of forty-two days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org**

**To: HERNANDEZ, YANKIEL WHOSE RESIDENCE AND WHEREABOUTS ARE UNKNOWN**

**YOU ARE HEREBY COMMANDED** to appear before the **295th Judicial District Court** of Harris County, Texas in the Courthouse in the city of Houston, Texas at or before 10:00 o'clock A.M. the **14th day of SEPTEMBER, 2026,** being the Monday next after the expiration date of forty-two days after this citation is issued, and you are hereby commanded and required then and there to appear and file written answer to the Original Petition for Declaratory Judgment filed in said Court on the **13th day of AUGUST, 2025**, in a suit numbered **2025-57891** docket of said court, wherein **HANNAH DINH**, the Plaintiff and **YANKIEL HERNANDEZ** and **JUAN CARLOS LOPEZ QUINTANA**, the Defendants, the nature of plaintiff's demand and the said petition alleging: **QUIET TITLE**

**SUMMARY**

Plaintiff: HANNAH DINH
Defendants: 1) YANKIEL HERNANDEZ 2) JUAN CARLOS LOPEZ QUINTANA

*Cause of action:*

1)Common-Law Fraud.
2)Statutory Fraud.
3)Unjust Enrichment.
4)Exemplary Damages
5)Actual damages
6)Attorney's fee

Notice hereof shall be given by publishing this Citation once a week for four consecutive weeks previous to the day of **SEPTEMBER 14, 2026** in some newspaper published in the County of Harris, if there be a newspaper published therein, but if not, then the nearest county where a newspaper is published , and this Citation shall be returned on the **3rd day of SEPTEMBER, 2026,** which is forty two days after the date it is Issued, and the first publication shall be at least twenty-eight days before said return day.

**HEREIN FAIL NOT**, but have before said court on said return day this Writ with your return thereon, showing how you have executed same.

**WITNESS: Marilyn Burgess**, District Clerk, Harris County Texas

**GIVEN UNDER MY HAND AND THE SEAL OF SAID COURT** at Houston, Texas this
**23rd day of JULY, 2026.**
.

(SEAL)

**HOUSTON CHRONICLE**

Issued at the request of: KEVIN H. PHAM

Address: 10260 Westheimer Road, Suite 207
Houston, Texas 77042
(713) 789-8010
Bar Number: 00791438

**Marilyn Burgess**, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
P.O. Box 4651, Houston, Texas 77210

By: ***/s/ Nelson Cuervo***
**NELSON CUERO,** Deputy District Clerk
IPLHOU0115181

THE STATE OF TEXAS

CITATION

**CAUSE NO. 139837-CV**
**239TH DISTRICT COURT**

TO: **The Unknown Heirs at Law of John W Borns**
**Wherever they may be found**
Defendant

NOTICE:
You have been sued. You may employ an attorney. If you or your Attorney do not file a written answer with the Clerk who issued this Citation by 10:00 a.m. on the Monday next following the expiration of 20 days after you were served this **Citation** and **Plaintiff's Original Petition** a Default Judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org. If filing Pro Se, said answer may be filed by mailing same to: Brazoria County District Clerk's office, 237 E. Locust, Room 206, Angleton, TX 77515-4678 or by bringing said answer in person to the aforementioned address.

The case is presently pending before the **239th District Court** of Brazoria County sitting in Angleton, Texas, and was filed on the **31st day of March, 2026.** It bears Cause No. **139837-CV** and Styled:

**Rocket Mortgage, LLC F/K/A Quicken Loans, LLC**
**vs.**
**Remedios Saballe Borns, et a**l

The name and address of the Attorney filing this action (or Party, if Pro se) is, **Jennifer Murphy, McCalla Raymer Leibert Pierce, LLP, 1320Greenway Drive, Suite 780, Irving, Texas 75038.**

The nature of the demands of said Plaintiff is shown by a true and correct copy of Plaintiff's Petition to be attached to this Citation by Plaintiff's attorney.

Issued under my hand and the seal of said Court, at Angleton, Texas, on the 3**0th day of June, 2026.**

(seal)

**CASSANDRA TIGNER, DISTRICT CLERK**
**Brazoria County, Texas**

By ***/s/ Deyanira Rodriguez***
Deputy
Deyanira Rodriguez
IPLHOU0155802

### Citation by Publication

**CAUSE NUMBER: 202525255**

RECEIPT NUM: 1116538 TRACKING NUMBER: 74679723 DEL TO:

**Plaintiff: DIXON, DWIGHT LAMAR**
**vs.**
**Defendant: TUCK, WILLIAM CHRISTOPHER**

IN THE 080thJUDICIAL DISTRICT COURT OF HARRIS COUNTY, TEXAS

**CITATION BY PUBLICATION**

**THE STATE OF TEXAS**
**County of Harris**

**NOTICE TO DEFENDANT:** "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of forty-two days after the date of issuance of this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org."

**To: TUCK, WILLIAM CHRISTOPHER WHO'S WHEREABOUTS ARE UNKNOWN**

**YOU ARE HEREBY COMMANDED** to be and appear before the 080th Judicial District Court of Harris County, Texas in the Courthouse in the city of Houston, Texas at or before 10:00 o'clock A.M. Monday, SEPTEMBER 7, 2026, being the Monday next after the expiration date of forty-two days after this citation is issued, and you are hereby commanded and required then and there to appear and file written answer to the PLAINTIFF'S ORIGINAL PETITION filed in said Court on April 10, 2025, in a suit numbered 202525255 on the docket of said court, wherein DIXON, DWIGHT LAMAR Plaintiff(s)and TUCK, WILLIAM CHRISTOPHER, Defendant(s), the nature of plaintiff's demand being and the said petition alleging:

**MOTOR VEHICLE ACCIDENT**

Please see Exhibit "C" attached for Case Synopsis/ Summary

Notice hereof shall be given by publishing this Citation once a week for four consecutive weeks previous to SEPTEMBER 7, 2026, in some newspaper published in the County of HARRIS if there be a newspaper published therein, but if not, then the nearest county where a newspaper is published, and this Citation shall be returned on AUGUST 31, 2026, which is forty two days after the date it is issued, and the first publication shall be at least twenty-eight days before said return day.

**HEREIN FAIL NOT**, but have before said court on said return day this Writ with your return thereon, showing how you have executed same.

**WITNESS**:Marilyn Burgess, District Clerk of Harris County, Texas

**GIVEN UNDER MY HAND AND SEAL OF SAID COURT** at Houston, Texas on July 20, 2026

Marilyn Burgess, District Clerk of Harris County, Texas
201 Caroline, Houston, Texas 77002
P.O. Box 4651, Houston, Texas 77210

Issued at the request of: EDER-WEAVER, CAROLINA
8222 DOUGLAS AVENUE SUITE 400
DALLAS, TX 75225
214-526-7900
Bar Number: 24140536

IPLHOU0154009

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF Multnomah

**Case No: 26DR02462**

Dominic Anderson
Plaintiff/Petitioner
v.
Jaquilyn Jack
Defendant/Respondent

**SUMMONS**
**FOR SERVICE BY PUBLICATION**

**Date of First Publication: 07/20/2026**

Dominic Anderson has filed a divorce case asking the court to order a judgement dissolving the marriage.

**NOTICE TO DEFENDANT: READ CAREFULLY!**

**You must "appear" in this case or the other side will win automatically**. To "appear," you must file a legal Response, Answer, or Motion. Forms may be available through the court above or online at www.courts.oregon.gov/forms. Talk to a lawyer for information about appearing by motion.

Your response must be filed with the court named above **within 30 days of the date of first publication** (noted above), along with the required filing fee (go to www.courts.oregon.gov for fee information). It must be in proper form. You must show that the other party's lawyer (or the party if they do not have a lawyer) was formally served with a copy of your response according to the service rules. Service rules are in the Oregon Rules of Civil Procedure (ORCP) Rule 9.

If you have questions, see a lawyer immediately. If you need help finding a lawyer, you can call the Oregon State Bar's Lawyer Referral Service at 503.684.3763 or toll free in Oregon at 800.452.7636, or go to www.oregonstatebar.org.

Date____________
*/s/ Dominic Anderson*
Dominic Anderson

3130 SE 136th Apt.1
Portland,OR 97236
971-500-8898
IPLHOU0152814

WE DELIVER YOUR MESSAGE
HoustonChronicle.com/Advertise
HoustonChronicle.com

Stay legal by posting your notice today!
legals@chron.com
HoustonChronicle.com

We'll make sure Houston knows who you are.
HoustonChronicle.com/Advertise
HoustonChronicle.com

# Dallas snags Morgan Stanley

By Nick Wooten
STAFF WRITER

Morgan Stanley has signed a lease for the Fountain Place skyscraper in downtown Dallas — a move that shows North Texas is poised to land the company's new billion-dollar regional hub.

The firm signed a lease in mid-July to occupy 123,000 square feet in the green, rocket-shaped tower at 1445 Ross Ave. The deal includes an option for Morgan Stanley to increase its footprint as needed. The lease will run for about five years, two people with knowledge of the deal told The Dallas Morning News.

JLL, the firm representing Morgan Stanley, did not immediately respond to questions about the lease. City of Dallas representatives did not respond to multiple calls and text messages regarding the deal. Morgan Stanley and CBRE, the firm that handles leasing for Fountain Place, declined to comment.

The lease is part of a two-pronged development process outlined in city documents.

In June, Dallas City Council approved an $18.5 million incentive package and additional tax abatements to support a planned multiphase development that would see the company occupy a new 700,000-square-foot Uptown campus at McKinney Avenue and Fairmount Street. The incentive package is one of the largest in the city's history.

Under the plan, Fountain Place would serve as a temporary base while Morgan Stanley waits for its new Uptown tower. Morgan Stanley would lease about 255,000 square feet at Fountain Place, for just over four years. Around 2031, the banking giant would then occupy its new hub at 2401 McKinney Ave. for 16 years.

Morgan Stanley plans to invest nearly $97 million and bring 1,500 jobs to Fountain Place by 2031. The firm will invest more than $587 million in the new Uptown building by 2031, city documents show, and it will employ 3,800 people at the site by the end of 2035 with the possibility of additional relocations. The developer is expected to invest another $650 million to build Morgan Stanley's new office, bringing the estimated value of the development to more than $1.2 billion, city documents show.

The bank is also seeking state-level incentives. Morgan Stanley wants the Uptown site designated as a "triple jumbo" enterprise zone — a distinction saved for megaprojects that create at least 500 jobs. The average annual wage for the jobs is expected to be $128,000.

Morgan Stanley narrowed its search for an operational hub to two cities — Dallas and Alpharetta, Ga. Morgan Stanley has more than 3,000 employees in Alpharetta, making it one of the Atlanta suburb's largest employers.

The News first reported in January that Morgan Stanley would lease space in the downtown tower as it waited on a new McKinney Avenue campus.

Morgan Stanley's preference for Dallas has become even more apparent in recent months. Earlier this month, the Dallas City Plan and Zoning Commission approved a request for Morgan Stanley's signage on the Fountain Place tower.

Construction crews began tearing down the former Gold's Gym at 2425 McKinney Ave. The site is part of the planned Morgan Stanley campus.

## LEGAL NOTICES

HoustonChronicle.com/Place-Legals legals@chron.com 713.362.6868

### Notice to Creditors


**NOTICE TO CREDITORS AD**

**$99.00**

Contact our team:
**legals@chron.com**
OR

Visit our 24/7 website to place, anytime:
**HoustonChronicle.com/Place-Legals**

**Includes first 36 lines and 1 Affidavit of Publication. $2.00 each additional line.*


### Legals/Public Notices

NEWSPAPER AD

The Houston Planning Commission has received an application to allow the full replat of Lomcrest Plaza Subdivision, being all of lots 1 and 2 and Restricted Reserve "A", Block 1 of Lomcrest Plaza Subdivision, recorded in Film Code No. 646126 of the Harris County Map Records, formerly known as Lots 1 thru 5, Block 1 of Wylie Terrace Subdivision, recorded in Volume 1397, Page 37 of the Harris County Deed Records, Harris County, Texas, for the purpose of creating 1 reserve.

The new subdivision's name is Lomcrest Plaza Replat No 1

This is the written notice of a public hearing the City sends to all owners of property within 300' of the boundary of the plat.

The Houston Planning Commission will hold a public meeting and public hearing on this replat.

The Commission is the non-legislative body authorized to review and render decisions on subdivision applications and requests. The meeting at which this item will first be considered is listed below. A sign with this information has also been posted on the project site.

PLANNING COMMISSION MEETING INFORMATION:
Thursday, September 17, 2026, at 2:30 p.m.
City Hall Annex Building, 900 Bagby Street
City Council Chamber, Public Level, Houston, Texas

Members of the public may make comments or express concerns about the proposed project by attending the meeting at City Council Chamber listed above or send email to: speakercomments.pc@houstontx.gov or call the Planning Department at: 832-393-6624 at least 24 hours in advance of the meeting.

Contact the applicant at 713-780-0909 Ext. 312 or the City of Houston Planning Department at (832)393-6600 for any additional information.
IPLHOU0160105

LEGAL NOTICE
FOR PUBLIC HEARING

The Houston Planning Commission has received an application to allow the replatting of **PARK PLACE** being all of lots **1 - 10** block **44** as recorded in Volume **4** Page **10** of the Harris County Map Records for the purpose of creating two unrestricted reserves.
The new subdivision name is **RESERVES AT PARK PLACE.**

This is the written notice of a public hearing the City sends to all owners of property within 300' of the boundary of the plat.
The Houston Planning Commission will hold a public meeting and public hearing on this replat. The Commission is the non-legislative body authorized to review and render decisions on subdivision applications and requests. The meeting at which this item will first be considered is listed below. A sign with this information has also been posted on the project site.

PLANNING COMMISSION MEETING INFORMATION:
Thursday, September 17, 2026, beginning at 2:30 p.m.
City Hall Annex Building, 900 Bagby Street
City Council Chamber, Public Level, Houston, Texas

Members of the public may make comments or express concerns about the proposed project by attending the meeting at City Council Chamber listed above or send email to: speakercomments.pc@houstontx.gov or call the Planning Department at: 832-393-6624 at least 24 hours in advance of the meeting.

Contact the applicant **Dan Massiatte with Century Engineering, Inc. at (713) 780-8871x2237** or the City of Houston Planning Department at (832) 393-6600 for any additional information.
IPLHOU0158823

**Public Hearing Notice:**

**The Commissioners Court of Fort Bend County, Texas has set a public hearing on September 10 2026, at 1:00 p.m. to consider amending the existing Order Setting Fees for Regulations for Food Establishments in Fort Bend County. The hearing will be held in the Commissioners Courtroom, 401 Jackson St., Richmond, Texas 77469. You are invited to attend and state your approval or objection on this matter. Submitted by Laura Richard, Fort Bend County Clerk.**

LEGAL NOTICE TEMPLATE
FOR
PUBLIC HEARING WITH SPECIAL REQUEST
(RECONSIDERATION REQUEST, VARIANCE OR SPECIAL EXCEPTION)

The Houston Planning Commission has received an application to allow the replatting of **ATWOOD VILLAS PARTIAL REPLAT NO 3** being all or part of **Unrestricted Reserve "A"**, Block **1** as recorded in Film Code No. **697105** of the Harris County Map Records for the purpose to create one Unrestricted Reserve and Building Line requirements.

The new subdivision name is **ASTON VILLAS PLAZA.**

A Dual Building Line Variance is being requested with this application.

This is the written notice of a public hearing the City sends to all owners of property within 300' of the boundary of the plat.

State law allows for protest when the proposed replat requires a variance or special exception. The protest must be filed in writing prior to the close of the public hearing. If owners of 20% of the land area within the original plat boundary that is within 200 feet of the replat protest the replat, approval of the replat must receive an affirmative vote of at least three-fourth (3/4) of the Houston Planning Commission Members present. In computing the percentage of land area for the purpose of protest, streets and alleys are included.

The Houston Planning Commission will hold a public meeting and public hearing on this replat. The Commission is the non-legislative body authorized to review and render decisions on subdivision applications and requests. The meeting at which this item will first be considered is listed below. A sign with this information has also been posted on the project site.

**PLANNING COMMISSION MEETING INFORMATION:**
**Thursday, September 17, 2026, beginning at 2:30 p.m.**
City Hall Annex Building, 900 Bagby Street
City Council Chamber, Public Level, Houston, Texas

Members of the public may make comments or express concerns about the proposed project by attending the meeting at City Council Chamber listed above or send email to: speakercomments.pc@houstontx.gov or call the Planning Department at: 832-393-6624 at least 24 hours in advance of the meeting.

Contact the applicant Daniel H. Massiatte with Century Engineering, Inc. at (713) 780-8871x2237 or the City of Houston Planning Department at (832) 393-6600 for any additional information.
IPLHOU0159264

**NOTICE** is hereby given that Kirby Corporation, as parent corporation, and Kirby Inland Marine, LP, as owner and/or operator of the M/V DELOS CASE (collectively "Kirby" or "Limitation Petitioners"), have filed a Complaint claiming the right to exoneration from, or limitation of, liability for all claims arising out of the incident that occurred on or about January 16, 2026, all as more fully set forth in the Complaint filed in the United States District Court for the Southern District of Texas – Galveston Division on July 21, 2026, Civil Action No. 3:26-cv-0234.

All persons having claims as referred to above must file said claims, as provided in Supplemental Rule F of the Federal Rules of Civil Procedure, with the Clerk of this Court in Galveston, Texas, and serve on or mail to the attorney for the Limitation Petitioners, Ross Jones, CLARK HILL, PLC, 2615 Calder Ave., Suite 240, Beaumont, Texas 77702, a copy there on or before the 28th day of September, 2026, or be defaulted. Personal attendance is not required.

Any claimant desiring to contest either the right of Limitation Petitioners to exoneration from, or limitation of liability, must file an answer to said Complaint as required by the aforesaid Supplemental Rule F and serve on or mail to Limitation Petitioners' attorneys a copy, unless his/her/its claim has included an answer.
IPLHOU0158838


You've worked hard to create a premium brand.
HoustonChronicle.com/Advertise
HoustonChronicle.com


### Legal Bids & Proposals

Notice to Proposers

Request for Proposal will be received by Lone Star College for:
- RFP# 26-08-11 – Data Center Maintenance Services. Electronic submittals due by 3:00PM, Monday, September 21, 2026.
- Contact: dina.sauser@lonestar.edu or (832)813-6532.
- Must Register to Bid: https://lonestar.ionwave.net/Login.aspx. If registered, please ensure your registration is up to date. For assistance with the on-line registration process, contact MC-vendors@lonestar.edu.

IPLHOU0159841

Harmony Public Schools (HPS) is soliciting competitive sealed bids from qualified contractors to provide branding construction services for exterior painting at designated campuses and facilities. **Bid Reference: #HPS2026 Branding2 (HPS Multi-Campus Branding) in San Antonio and Laredo TX.**

Bid proposals and responses are due by **3:00 p.m. CST on October 1, 2026**, and must be submitted through Harmony's e-bid system or delivered to 1255 Enclave Pkwy, Houston, TX 77077. Referring to the bid package, HPS reserves the right to reject any and/or all proposals or waive any or all irregularities. Additional information and bid access are available at Harmony's purchasing portal https://www.harmonytx.org/about/purchasing
IPLHOU0160084

REQUEST FOR PROPOSALS WILL BE RECEIVED BY PROCUREMENT SERVICES, PORT HOUSTON, UNTIL 11:00 A.M., ON SEPTEMBER 30, 2026, FOR THE FOLLOWING:

(RFP-1239741) PURCHASE OF TEN WHARF CRANES FOR WHARVES NOS. 5 AND 6 AT BARBOURS CUT TERMINAL AND WHARF NO. 1 AT BAYPORT CONTAINER TERMINAL

RESPONDENTS MUST SUBMIT RESPONSES ELECTRONICALLY VIA WORKDAY.

SPECIFICATIONS MAY BE OBTAINED FROM PORT HOUSTON'S ePROCUREMENT WEBSITE: https://port-of-houston-authority.public-portal.us.workdayspend.com/
IPLHOU0156042

Bid or Proposal Notice for
***City of La Porte Public Works Facility Improvements Phase II, III, & IV***

City of La Porte

*COMEX Corporation* as Construction Manager-at-Risk for City of La Porte, in accordance with HB 447, Section 2264.251 of the Texas Government Code, will receive bids or proposals from subcontractors for The City of La Porte Public Works Facility Improvements Phase II, III, & IV. The work includes a new one-story Building and related sitework. Bids or proposals are due no later than 2:00 p.m. on *Tuesday, September 15, 2026*, at the offices of *COMEX Corporation at 9841 Spencer Hwy, La Porte, Texas 77571, phone (281) 479-2322* fax 281 479-2069, BID@comexcorp.com attention *David Walker*.

The plans and specifications will be available beginning *Tuesday, August 25th, 2026*, and may be obtained from *Triangle Reproductions, 8450 Westpark, Suite100, Houston, TX 77063*, upon refundable deposit of *$250.00* for each set of printed plans and specifications. Documents in pdf format are also available from *Triangle* on disk for a deposit of *$50.00*. Deposit checks should be made payable to Comex Corporation. Requests for access to on-line documents and any questions regarding documents are to be addressed to *COMEX Corporation, 281-479-2322 attn: David Walker.*

Drawings and Specifications may be reviewed at *COMEX Corporation at 9841 Spencer Hwy, La Porte, Texas 77571 and the following Houston locations:*

*Associated General Contractors, 3825 Dacoma Street, (713) 843-3700*
*McGraw Hill Construction Dodge Plan Room, 10106 Hempstead Rd., Ste.110, (713) 316 9411*
*Associated Builders & Contractors, 3910 Kirby, #131, (713) 523-6222*
IPLHOU0159337

Beta Academy is accepting Requests for Proposals (RFP) for a Construction Manager-at-Risk to construct an 11,500 sq. ft. building. The selection shall be made in a one-step process per TX Gov't Code Chapter 2269, Sub. F. RFP's must be delivered to 10618 Hartsook St. Houston, TX 77034 by 1:30 PM CST on September 1, 2026. View the bid package at www.betaacademy.org/procurement
IPLHOU0157917

### TABC Notices

**Legal Notice: Application has been made with the Texas Alcoholic Beverage Commission for a new Wine and Malt Beverage Retailers on Premises Permit by VMML Multi Services, located at 12710 Bissonnet Street, Houston, Harris County, Texas 77099. The officer of the said corporation is Hao Nguyen.**
IPLHOU0160017

### Citation by Publication

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF Multnomah

**Case No: 26DR02462**

Dominic Anderson
Plaintiff/Petitioner
v.
Jaquilyn Jack
Defendant/Respondent

**SUMMONS**
**FOR SERVICE BY PUBLICATION**

**Date of First Publication: 07/20/2026**

Dominic Anderson has filed a divorce case asking the court to order a judgement dissolving the marriage.

**NOTICE TO DEFENDANT: READ CAREFULLY!**

**You must "appear" in this case or the other side will win automatically.** To "appear," you must file a legal Response, Answer, or Motion. Forms may be available through the court above or online at www.courts.oregon.gov/forms. Talk to a lawyer for information about appearing by motion.

Your response must be filed with the court named above **within 30 days of the date of first publication** (noted above), along with the required filing fee (go to www.courts.oregon.gov for fee information). It must be in proper form. You must show that the other party's lawyer (or the party if they do not have a lawyer) was formally served with a copy of your response according to the service rules. Service rules are in the Oregon Rules of Civil Procedure (ORCP) Rule 9.

If you have questions, see a lawyer immediately. If you need help finding a lawyer, you can call the Oregon State Bar's Lawyer Referral Service at 503.684.3763 or toll free in Oregon at 800.452.7636, or go to www.oregonstatebar.org.

Date
*/s/ Dominic Anderson*
Dominic Anderson

3130 SE 136th Apt.1
Portland,OR 97236
971-500-8898
IPLHOU0152814

### Citation by Publication

THE STATE OF TEXAS

CITATION

**CAUSE NO. 139837-CV**
**239TH DISTRICT COURT**

TO: **The Unknown Heirs at Law of John W Borns**
**Wherever they may be found**
Defendant

NOTICE:
You have been sued. You may employ an attorney. If you or your Attorney do not file a written answer with the Clerk who issued this Citation by 10:00 a.m. on the Monday next following the expiration of 20 days after you were served this **Citation** and **Plaintiff's Original Petition** a Default Judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org. If filing Pro Se, said answer may be filed by mailing same to: Brazoria County District Clerk's office, 237 E. Locust, Room 206, Angleton, TX 77515-4678 or by bringing said answer in person to the aforementioned address.

The case is presently pending before the **239th District Court** of Brazoria County sitting in Angleton, Texas, and was filed on the **31st day of March, 2026.** It bears Cause No. **139837-CV** and Styled:

**Rocket Mortgage, LLC F/K/A Quicken Loans, LLC**
**vs.**
**Remedios Saballe Borns, et al**

The name and address of the Attorney filing this action (or Party, if Pro se) is, **Jennifer Murphy, McCalla Raymer Leibert Pierce, LLP, 1320Greenway Drive, Suite 780, Irving, Texas 75038.**

The nature of the demands of said Plaintiff is shown by a true and correct copy of Plaintiff's Petition to be attached to this Citation by Plaintiff's attorney.

Issued under my hand and the seal of said Court, at Angleton, Texas, on the 30th day of June, 2026.

(seal)

**CASSANDRA TIGNER, DISTRICT CLERK**
**Brazoria County, Texas**

By ***/s/ Deyanira Rodriguez***
Deputy
Deyanira Rodriguez
IPLHOU0155802

### Legal Bids & Proposals

**ADVERTISEMENT for Bid Proposals Harris County ESD 21 Spring Creek Station 56**

Bid Proposals for the work identified below in accordance with Proposal Documents and such addenda as may be issued prior to date of proposal opening will be received by Brookstone Construction (Construction Manager) until proposal closing date and time, as identified below.
PROJECT: Harris County ESD 21 Spring Creek Station 56
OWNER: Harris County Emergency Services District 21
CONTRACTOR: Brookstone Construction
ARCHITECT: Slattery Tackett Architect
PROPOSAL: Proposals for all items of work will be received from interested proposers until 2:00 PM on Monday, August 31, 2026
PROPOSAL TIME & DATE: Monday, August 31, 2026 at 2:00 PM
EMAIL PROPOSALS TO: Sangavi Aruswamy, Estimator, saruswamy@brookstone-tx.com
PROPOSAL DOCUMENTS: Drawings and Specifications can be reviewed and will be available at the offices of Brookstone, and online www.smartbid.com. All proposals shall remain valid for sixty (60) days.
All proposals must be in the hands of the Construction Manager no later than the time specified above. The Owner, Architect and Construction Manager reserve the right to reject any and all proposals and to waive any informalities in the Proposal process.
IPLHOU0160042

### Citation by Publication

CAUSE NUMBER: 2025-57891

Plaintiff: DINH, HANNAH

vs.

Defendant: HERNANDEZ, YANKIEL

IN THE 295TH JUDICIAL DISTRICT COURT OF HARRIS COUNTY, TEXAS

CITATION BY PUBLICATION

THE STATE OF TEXAS
County of Harris

**NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of forty-two days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org**

**To: HERNANDEZ, YANKIEL WHOSE RESIDENCE AND WHEREABOUTS ARE UNKNOWN**

**YOU ARE HEREBY COMMANDED** to appear before the **295th Judicial District Court** of Harris County, Texas in the Courthouse in the city of Houston, Texas at or before 10:00 o'clock A.M. the **14th day of SEPTEMBER, 2026,** being the Monday next after the expiration date of forty-two days after this citation is issued, and you are hereby commanded and required then and there to appear and file written answer to the Original Petition for Declaratory Judgment filed in said Court on the **13th day of AUGUST, 2025**, in a suit numbered **2025-57891** docket of said court, wherein **HANNAH DINH**, the Plaintiff and **YANKIEL HERNANDEZ** and **JUAN CARLOS LOPEZ QUINTANA**, the Defendants, the nature of plaintiff's demand and the said petition alleging: **QUIET TITLE**

**SUMMARY**

Plaintiff: HANNAH DINH
Defendants: 1) YANKIEL HERNANDEZ
2) JUAN CARLOS LOPEZ QUINTANA

*Cause of action:*

1)Common-Law Fraud.
2)Statutory Fraud.
3)Unjust Enrichment.
4)Exemplary Damages
5)Actual damages
6)Attorney's fee

Notice hereof shall be given by publishing this Citation once a week for four consecutive weeks previous to the day of **SEPTEMBER 14, 2026** in some newspaper published in the County of Harris, if there be a newspaper published therein, but if not, then the nearest county where a newspaper is published , and this Citation shall be returned on the **3rd day of SEPTEMBER, 2026,** which is forty two days after the date it is Issued, and the first publication shall be at least twenty-eight days before said return day.

**HEREIN FAIL NOT**, but have before said court on said return day this Writ with your return thereon, showing how you have executed same.

**WITNESS: Marilyn Burgess**, District Clerk, Harris County Texas

**GIVEN UNDER MY HAND AND THE SEAL OF SAID COURT** at Houston, Texas this
**23rd day of JULY, 2026.**
**.**

(SEAL)

**HOUSTON CHRONICLE**

Issued at the request of: KEVIN H. PHAM

Address: 10260 Westheimer Road, Suite 207
Houston, Texas 77042
(713) 789-8010
Bar Number: 00791438

**Marilyn Burgess**, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
P.O. Box 4651, Houston, Texas 77210

By: ***/s/ Nelson Cuervo***
**NELSON CUERO,** Deputy District Clerk
IPLHOU0115181


Stay legal by posting your notice today!
legals@chron.com
HoustonChronicle.com



You've worked hard to create a premium brand.
Place a **digital ad** today.
HoustonChronicle.com/Advertise
HoustonChronicle.com

# Going behind gates at Gigafactory Texas

By Andrea Guzmán
STAFF WRITER

At its grand opening "Cyber Rodeo" event in 2022, Tesla Inc. CEO Elon Musk boasted that Gigafactory Texas was three times the size of the Pentagon. Over time, he said, the plant would represent an investment of more than $10 billion, generating at least 20,000 direct jobs and 100,000 more created by suppliers and other related businesses.

The main building of the massive site east of downtown Austin contains more than 10 million square feet of factory floor. And activity on the 2,500-acre campus has grown since that big factory opened.

But what, exactly, is Tesla doing there?

Chief, of course, is making electric vehicles and the batteries that power them.

Travis County Commissioner Jeff Travillion, who voted in favor of tax rebates to persuade Tesla to choose the Austin area, once bragged that the county had secured the "most modern car manufacturing facility in the world." Now, it is one of four Tesla plants building the Model Y, the world's best-selling car. It also builds Cybertruck and is ramping up production of Cybercab, the company's purpose-built robotaxi.

But while it's best known as an automaker, Tesla is pushing into other areas. It plans to start building humanoid robots called Optimus and is preparing to conduct chip fabrication and packaging at a plant under construction on the Travis County campus.

As the world's most valuable automaker turns its focus more to artificial intelligence and robots, here is a look at some of the critical facilities — both existing and planned — at the sprawling site that also contains its headquarters.

Tesla didn't respond to requests for interviews or visits to the site, which has a reputation for being so private that a lawyer representing the company recently referred to it as "essentially Fort Knox."

This overview of what's behind the guarded gates has been pieced together through information in public records, regular visits near the plant and information from other sources.

### The property

In the agreement it reached in 2020 with Travis County for the tax breaks that helped lure it to the state, Gigafactory Texas is known as "The Colorado River Project." That's because the site is at the intersection of Texas 130 and Harold Green Road along the Colorado River. Tesla's factory is in the same neighborhood as the Del Valle Independent School District, from which it also won a tax break deal and where it runs a program aimed at helping graduates launch full-time careers at Tesla.

Before the company took root there, the property was a sand and gravel mining site owned and operated by Martin Marietta Materials. Tesla was tasked with turning it into a state-of-the-art manufacturing facility relying on reclaimed water, solar technology and other strategies for its needs.

In 2024, Tesla successfully applied to disannex the site under a newly established state law, freeing Tesla from complying with Austin's air quality and water use policies. Still, the company says it has revegetated more than 300 acres on the property and reduced $CO_2$ emissions from 32,500 metric tons in 2024 to 10,800 metric tons in 2025.

Use of only about 2,500 acres was described in the original agreement with Travis County. At the time, Tesla aimed to complete civil and architectural work for vehicle testing operations and build out for manufacturing, along with utilities and assembly facilities. But the economic agreement notes Tesla's activity could eventually span up to 3,500 acres. Additions beyond that would be possible only if Tesla amended its economic agreement with the county.

### Gigafactory Texas

The most recognizable building on the sprawling complex is the factory where the Model Y is built. Tesla's fifth — and by the company's own metrics most successful — production model, Model Y pushed the automaker's manufacturing process to new levels. Tesla began using massive presses to mold the structures of Model Y, speeding up the process and reducing production costs. Known as gigacasting, the method now is part of Tesla's "unboxed" manufacturing strategy that seeks to move beyond traditional assembly methods. The massive building is filled with thousands of employees working on general assembly. It also builds Cybertruck, the new Cybercab and batteries for the vehicles.

### Optimus factory

Musk has said Tesla is aiming to start production of its Optimus humanoid robot in 2027. Site preparation and construction began earlier this year and, once complete, the company has said it plans to build robots able to perform tasks that are too unsafe, repetitive or boring for human workers. With their name a reference to the bots in the "Transformers" movie series, Musk has said he thinks the humanoids could be Tesla's biggest-ever product. He is aiming for an annual capacity of 10 million robots.

### Direct Delivery Center

This is where car buyers can inspect their new vehicles and request fixes before driving off.

### Cortex 2.0

In 2024, Musk shared an inside look at the new AI training supercluster known as "Cortex" at Gigafactory Texas. In early 2026, Tesla said Cortex 2, a tool for AI training compute, was online and had started running training workloads.

### Test track

This is where Tesla takes its vehicles for a spin. In February, the purpose-built robotaxi known as Cybercab was observed in tests on the track.

### Parking garage

The company's facilities need to accommodate quite a bit of parking, considering the Austin company finished 2025 with 16,506 employees and delivered about 358,000 vehicles in the first quarter.

### 'Ecological paradise'

Tesla is proposing restoration of 28 acres of riverfront land at Gigafactory Texas, a project it says is creating an "ecological paradise" that would be open to the public. Located along the Colorado River, the project would add a concrete shared-use path, decomposed granite walking trail and an elevated riverfront wooden boardwalk. First proposed about four years ago, Tesla now is making headway on the project after filing a site plan and planning next steps such as reviews for traffic control, floodplains and trees.

### Cybertunnel

Tesla teamed with Musk's Boring Co. tunneling firm to build the Cybertunnel, which opened in January 2025. The company uses the route under Texas 130 as a way to transport Cybertrucks to the outbound lot about a quarter mile away.

### Battery cathode plant

This plant, which has a name that indicates it's connected to Tesla's work on its battery cell technology, can be traced back to 2022 when Tesla filed plans for it and received pushback from environmental groups that said it would require a substantial amount of water and create a significant hazardous waste stream. In 2024, a "Cathode" filing with the Texas Department of Licensing and Regulation described a $50,000 investment in a facility with 19,915 square feet. In late 2025, Tesla said it started producing dry electrodes for cells, with both anodes and cathodes made in Austin, expecting domestic cathode material in Texas to begin production in 2026.

### Die shop

Tesla spent an estimated $59 million on its die shop, which covers more than 107,000 square feet. Recently, it has been in litigation with a Michigan-based company over control of dies and other tools used in production of parts for Cybertruck.

### Crash test building

Three years ago, Tesla said it was building a crash test lab at Gigafactory Texas and sought talent for vehicle instrumentation, test setup and test execution. A notable result of federal safety testing arrived earlier this year, when the Model Y became the first vehicle model to pass federal regulators' new benchmark for vehicles with advanced driver assistance systems.

### Megapack storage

Tesla describes its Megapack utility-scale battery as cost-effective energy storage to help stabilize the grid and prevent outages. Tesla says its facility at Gigafactory Texas is a two-in-one installation with a data center Megapack system and an ERCOT participating system that can provide backup power in case of an outage.

### Switchyard

In 2022, Tesla filed a permit application to build a permanent switchyard and battery energy storage system, which allows for routing electrical power.

### Research fab

In late March, Musk announced Tesla would build an advanced technology chip fabrication and packaging plant in Austin.

*Jay Janner contributed to this report.*

## LEGAL NOTICES HoustonChronicle.com/Place-Legals legals@chron.com 713.362.6868

**Notice to Creditors** **Notice to Creditors**

# NOTICE TO CREDITORS AD

# $99.00

Contact our team:
**legals@chron.com**
OR

Visit our 24/7 website to place, anytime:
**HoustonChronicle.com/Place-Legals**

**Includes first 36 lines and 1 Affidavit of Publication. $2.00 each additional line.*

**NOTICE TO CREDITORS**

Notice is hereby given that original Letters Testamentary for the Estate of JAMES THOMPSON McNABB, JR., Deceased, were issued on August 11, 2026, in Cause No. 545413 pending in the County Probate Court No. 1 of Harris County, Texas, to: FLORENCE GAIL McNABB.

All persons having claims against this Estate which is currently being administered are required to present them to the undersigned within the time and in the manner prescribed by law.

c/o: **Michael T. Trefny**
**Attorney at Law**
**415 Spring Street**
**P.O. Box 458**
**Columbus, TX 78934**

**DATED** the 28th day of August, 2026.

/s/ *Michael T. Trefny*
Michael T. Trefny
Attorney for Florence Gail McNabb
State Bar No.: 20207650
415 Spring Street, P.O. Box 458
Columbus, TX 78934
Telephone: (979) 732-2301
E-mail: mike@trefnylaw.com
IPLHOU0161185

**Legals/Public Notices** **Legals/Public Notices**

CenterPoint Energy, Inc. has submitted an application to the Federal Communications Commission to register a 125-foot monopole located at 28313 Tomball Parkway, Tomball, TX 77375. Interested persons may review the application by going to www.fcc.gov/asr/applications and entering the Form 854 File Number A1393623. Persons may raise environmental concerns about the proposed structure by filing a Request for Environmental Review with the Federal Communications Commission, Requests for Environmental Review, https://www.fcc.gov/asr/environmentalrequest.
IPLHOU0161143

REQUEST FOR PROPOSALS (RFP)
ON-CALL EMERGENCY CONSTRUCTION MANAGEMENT SERVICES
Seven Acres Jewish Senior Care Services
Houston, Texas
Seven Acres Jewish Senior Care Services is soliciting sealed proposals from qualified Construction Managers and / or General Contractors (CM/GC) to provide on-call emergency construction management services related to disaster response, mitigation, and recovery.
SCOPE OF SERVICES INCLUDES:
Emergency response and stabilization, temporary protection, debris removal, damage assessment, construction services, and FEMA compliance documentation.
CONTRACT INFORMATION:
Multiple award IDIQ contracts. Initial (10) ten-year term beginning October 2026, with renewal options by mutual agreement. Task orders issued per project. Delivery methods may include T&M (with NTE), unit price, and lump sum.
PROCUREMENT REQUIREMENTS:
This procurement is conducted in accordance with 2 CFR Part 200 and FEMA requirements. Full and open competition will be maintained with no geographic preference.
SCHEDULE:
RFP Release: September 1st, 2026
Questions Due: September 22, 2026, 3:00 PM CST
Proposals Due: September 30, 2026, 3:00 PM CST
Anticipated Award: October 6, 2026
PROPOSAL REQUIREMENTS:
Firms must submit qualifications including company experience, project team, emergency response approach, and pricing structure.
SUBMISSION:
All proposals must be received no later than September 30, 2026 at 3:00 PM CST.
Please send proposals to
Amy J. Sonnenberg, J.D.
Director of Development
Seven Acres Jewish Senior Care Services
Phone: 713-778-5733
Email: asonnenberg@sevenacres.org
AND
Marsha Cayton
Chief Executive Officer
Seven Acres Jewish Senior Care Services
6200 N. Braeswood Blvd. Houston, TX 77074-7599
Phone: 713-778-5790
Email: mcayton@sevenacres.org
Website: www.sevenacres.org
Main: 713-778-5700
Seven Acres reserves the right to reject any or all proposals.
EQUAL OPPORTUNITY:
Seven Acres encourages participation from small, minority-owned, women-owned, and disadvantaged businesses.
IPLHOU0160835

NOTICE OF RATE ORDER
AND OF PENALTIES FOR VIOLATION THEREOF

Notice is hereby given that the Board of Directors of Montgomery County Municipal Utility District No. 251 adopted a Rate Order which: establishes rules and regulations for the operation of, and connection to, the District's water, sewer and drainage system, including the procedures, requirements and fees for connecting to District facilities, submission of plans, inspection and certification of plumbing and connecting facilities, and obtaining water and sanitary sewer services, including application procedures and deposits; regulates the quality of wastewater which may be discharged into the District's wastewater collection and treatment system; regulates discharges to the District's drainage system; provides rates and procedures for billing and collection for services and for penalties and/or termination of services in the event of delinquency in payment, returned checks, or unauthorized use of District facilities; prohibits the unauthorized connection to or use of District facilities and services, the damaging or tampering with any District facility, the interconnecting or cross connecting of any District facility with any other source of water, and the introduction of any industrial or other waste not amenable to biological treatment; and includes plumbing and backflow prevention regulations. Violation of any of the rules contained in the Rate Order will subject the violator to penalties, including termination of services, the assessment of fines of up to $10,000 per breach and/or day, payment of attorneys fees, and payment of all costs or damages resulting from the violation. In addition, the District may enforce the provisions of the Rate Order through the exercise of any legal rights and remedies of the District, including criminal and/or civil prosecution, as may be authorized or permitted under the laws of the State of Texas. The Rate Order is on file at the principal office of the District, Schwartz, Page & Harding, L.L.P., 1300 Post Oak Boulevard, Suite 2400, Houston, Texas 77056, where it may be read in full.

/s/ Cody Adamek
President, Board of Directors
Montgomery County Municipal Utility District No. 251

IPLHOU0161167

**NOTICE OF PUBLIC HEARING ON 2026 ANNUAL BUDGET**

The City of Magnolia will hold a Public Hearing on the proposed Operating Budget for the fiscal year that begins on October 1, 2026 and ends on September 30, 2027. The hearing will be held at 6:00 p.m. in the City Council Chamber, 18111 Buddy Riley Blvd., Magnolia, TX 77354, on September 8, 2026. All interested parties are invited to attend.

**THIS BUDGET WILL RAISE MORE REVENUE FROM PROPERTY TAXES THAN LAST YEAR'S BUDGET BY AN AMOUNT OF $97,689 WHICH IS A 4.38% PERCENT INCREASE FROM LAST YEAR'S BUDGET. THE PROPERTY TAX REVENUE TO BE RAISED FROM NEW PROPERTY ADDED TO THE TAX ROLL THIS YEAR IS $159,994.**

A copy of the proposed budget, fees, rates, charges, building permit fees, and their associated revenue, which are attached hereto the budget, and which is incorporated into the budget, is on file with the City Secretary for public review and inspection. The City Secretary's office is located at City Hall and is open from 8:00 a.m. to 12:30 p.m. and 1:30 p.m. to 5:00 p.m. Monday through Friday and is also accessible at www.cityofmagnolia.com on the Home page.
IPLHOU0161472

**Legals/Public Notices** **Legals/Public Notices**

**NOTICE** is hereby given that Kirby Corporation, as parent corporation, and Kirby Inland Marine, LP, as owner and/or operator of the M/V DELOS CASE (collectively "Kirby" or "Limitation Petitioners"), have filed a Complaint claiming the right to exoneration from, or limitation of, liability for all claims arising out of the incident that occurred on or about January 16, 2026, all as more fully set forth in the Complaint filed in the United States District Court for the Southern District of Texas – Galveston Division on July 21, 2026, Civil Action No. 3:26-cv-0234.

All persons having claims as referred to above must file said claims, as provided in Supplemental Rule F of the Federal Rules of Civil Procedure, with the Clerk of this Court in Galveston, Texas, and serve on or mail to the attorney for the Limitation Petitioners, Ross Jones, CLARK HILL, PLC, 2615 Calder Ave., Suite 240, Beaumont, Texas 77702, a copy there on or before the 28th day of September, 2026, or be defaulted. Personal attendance is not required.

Any claimant desiring to contest either the right of Limitation Petitioners to exoneration from, or limitation of liability, must file an answer to said Complaint as required by the aforesaid Supplemental Rule F and serve on or mail to Limitation Petitioners' attorneys a copy, unless his/her/its claim has included an answer.
IPLHOU0158838

**TABC Notices** **TABC Notices**

**LEGAL NOTICE**
**Notice is hereby given that The Crowded Table Collective Corp., dba Flying Biscuit Cafe, has filed an application with the Texas Alcoholic Beverage Commission for a Mixed Beverage Permit. The business will be conducted at 5667 FM 1488, Suite D, Magnolia, Texas 77354,**
**Montgomery County, Texas**
**Officers of said corporation are:**
**Mitchell Wagner, President**
**Heather Wagner, Officer**
**IPLHOU0161165**

**Legal Bids & Proposals** **Legal Bids & Proposals**

Harmony Public Schools (HPS) is soliciting competitive sealed bids from qualified contractors to provide branding construction services for exterior painting at designated campuses and facilities. **Bid Reference: #HPS2026 Branding2 (HPS Multi-Campus Branding) in San Antonio and Laredo TX.**

Bid proposals and responses are due by **3:00 p.m. CST on October 1, 2026**, and must be submitted through Harmony's e-bid system or delivered to 1255 Enclave Pkwy, Houston, TX 77077. Referring to the bid package, HPS reserves the right to reject any and/or all proposals or waive any or all irregularities. Additional information and bid access are available at Harmony's purchasing portal https://www.harmonytx.org/about/purchasing
IPLHOU0160084

**Notice to Proposers**

Request for Proposal will be received by Lone Star College for:

- RFP# 26-08-11 – Data Center Maintenance Services. Electronic submittals due by 3:00PM, Monday, September 21, 2026.
- Contact: dina.sauser@lonestar.edu or (832)813-6532.
- Must Register to Bid: https://lonestar.ionwave.net/Login.aspx. If registered, please ensure your registration is up to date. For assistance with the on-line registration process, contact MC-vendors@lonestar.edu.

IPLHOU0159841

**Bid or Proposal Notice for**
***City of La Porte Public Works Facility Improvements Phase II, III, & IV***

City of La Porte

*COMEX Corporation* as Construction Manager-at-Risk for City of La Porte, in accordance with HB 447, Section 2264.251 of the Texas Government Code, will receive bids or proposals from subcontractors for The City of La Porte Public Works Facility Improvements Phase II, III, & IV. The work includes a new one-story Building and related sitework. Bids or proposals are due no later than 2:00 p.m. on *Tuesday, September 15, 2026*, at the offices of *COMEX Corporation at 9841 Spencer Hwy, La Porte, Texas 77571, phone (281) 479-2322* fax 281 479-2069, BID@comexcorp.com attention *David Walker*.

The plans and specifications will be available beginning *Tuesday, August 25th, 2026*, and may be obtained from *Triangle Reproductions, 8450 Westpark, Suite100, Houston, TX 77063*, upon refundable deposit of *$250.00* for each set of printed plans and specifications. Documents in pdf format are also available from *Triangle* on disk for a deposit of *$50.00*. Deposit checks should be made payable to Comex Corporation. Requests for access to on-line documents and any questions regarding documents are to be addressed to *COMEX Corporation, 281-479-2322 attn: David Walker.*

Drawings and Specifications may be reviewed at *COMEX Corporation at 9841 Spencer Hwy, La Porte, Texas 77571 and the following Houston locations:*

*Associated General Contractors, 3825 Dacoma Street, (713) 843-3700*
*McGraw Hill Construction Dodge Plan Room, 10106 Hempstead Rd., Ste.110, (713) 316 9411*
*Associated Builders & Contractors, 3910 Kirby, #131, (713) 523-6222*
IPLHOU0159337

**Citation by Publication**

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF Multnomah

**Case No: 26DR02462**

Dominic Anderson
Plaintiff/Petitioner
v.
Jaquilyn Jack
Defendant/Respondent

**SUMMONS FOR SERVICE BY PUBLICATION**

**Date of First Publication: 07/20/2026**

Dominic Anderson has filed a divorce case asking the court to order a judgement dissolving the marriage.

**NOTICE TO DEFENDANT: READ CAREFULLY!**

**You must "appear" in this case or the other side will win automatically**. To "appear," you must file a legal Response, Answer, or Motion. Forms may be available through the court above or online at www.courts.oregon.gov/forms. Talk to a lawyer for information about appearing by motion.

Your response must be filed with the court named above **within 30 days of the date of first publication** (noted above), along with the required filing fee (go to www.courts.oregon.gov for fee information). It must be in proper form. You must show that the other party's lawyer (or the party if they do not have a lawyer) was formally served with a copy of your response according to the service rules. Service rules are in the Oregon Rules of Civil Procedure (ORCP) Rule 9.

If you have questions, see a lawyer immediately. If you need help finding a lawyer, you can call the Oregon State Bar's Lawyer Referral Service at 503.684.3763 or toll free in Oregon at 800.452.7636, or go to www.oregonstatebar.org.

Date____________
*/s/ Dominic Anderson*
Dominic Anderson

3130 SE 136th Apt.1
Portland,OR 97236
971-500-8898
IPLHOU0152814

**Citation by Publication**

**CITATION**

THE STATE OF TEXAS

Cause No.: 26-CV-1413
56th District Court of Galveston County

JENNIFER BOLDING VS. CHRISTEN BURTON, ET AL

TO: Christen Burton
2902 Texas Ave. #52
Texas City, TX 77590

GREETINGS: YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days from the date you were served this citation and petition/motion, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

Said written answer may be filed by mailing same to: District Clerk's Office, 600 59th Street, Suite 4001, Galveston, Texas 77551-2388. The case is presently pending before the **56th District Court** of Galveston County sitting in Galveston, Texas, and the Original Petition - OCA was filed **July 15, 2026**. It bears cause number **26-CV-1413** and see the attached petition/motion for named parties to the suit.

Issued and given under my hand and the seal of said court at Galveston, Texas, on this the **20th day** of July, **2026**.

John D. Kinard, District Clerk
Galveston County, Texas

Issued at the request of:
Lawrence M Tylka
Tylka Law Center, P.C.
1104 East Main
League City, Texas 7
*/s/ Shelby Ewing*
By Shelby Ewing, Dep
IPLHOU0161239

We'll make sure Houston knows who you are.
HoustonChronicle.com/Advertise

# Perennial grains aimed at extreme weather

By Joshua A. Bickel and Alexa St. John
ASSOCIATED PRESS

BELOIT, Kan. — Bryce Black kneels in a wheat field battered by intense drought. He holds two strands, remarking on how small the seed head is compared with what's normal.

After a late October rain last year, the fourth-generation farmer was optimistic about his 1,800 acres of winter wheat. But a dry winter and spring brought extreme drought when the wheat needed moisture to establish itself. He ended up harvesting about 1,500 acres, but the yield was the lowest he's had since taking over his family's farm in 2017.

"It was just a grit-your-teeth-and-get-through-it type of deal," said Black, who also grows corn, soybeans and milo on his family's 4,500-acre farm. "It is disheartening, you know? And it's kind of hard to know what to do."

When these weather conditions occur, farmers often look for new ways to protect their crops and their bottom line.

A small number are putting perennial grains in rotation to build resilience against extreme weather such as drought and intense rainfall. Researchers are working to develop perennial versions of common annual grains such as wheat, sorghum and rice, but the work is slow. And widespread adoption by farmers is challenging because perennial crops don't yield as much, harvesting can be difficult and the market is still developing.

Despite the challenges, Black is intrigued.

"I'm in survival mode," he said. "If you can plant something and then you don't have to go back for four or five years ... that would save so much money, so much labor, everything. That's what makes it enticing."

## Fewer plantings

Five years ago, David Mueller planted a 12-acre field of Kernza, a perennial grain similar to native grasses found in parts of Europe and western Asia.

Perennial grains don't require yearly planting, harvesting and replanting. Instead, they are planted once every few years.

Researchers say their root systems, which can reach several feet down, can access water deeper in the ground. That helps them better withstand short-term drought. And when heavy rain hits, the larger root structures can absorb excess water that would otherwise run off and erode the soil. Those deeper roots also sequester more carbon, reducing pollution in the atmosphere.

Kernza is one of several perennial grains under development at The Land Institute in Salina, Kan., about an hour's drive north of Mueller's farm. The institute, which formally began domesticating Kernza in 2001, works with researchers and farmers around the world to develop perennial versions of wheat, rice, sorghum and other grain and oil seeds.

Some farmers in Southeast Asia and parts of Africa have started planting and harvesting perennial rice in their fields. Kernza, though, is furthest along and was first harvested on a farm in 2010.

In the United States last year, Kernza was cultivated on 3,511 acres, compared with 37.2 million acres of winter, spring and durum wheat harvested or planted in 2025-26.

Mueller's Kernza field is one of almost 100 acres he has planted since 2018. He's used the crop to rebuild soil with drainage issues or to reestablish organic matter on his family's farm in Halstead, Kan., where they also farm about 600 acres each of corn and soybeans.

He said Kernza uses about a third of the fertilizer that wheat needs, and because it's planted once every few years, he doesn't have to run gas-burning farm equipment as often.

"Not only are we able to utilize those acres profitably, but then we also build up that soil and work on some benefits to make it hopefully profitable to raise other crops on those fields in the future," Mueller said.

A 2024 United Nations report suggests that by 2050, soil degradation could cause more than $20 trillion in losses to the global economy. Farming perennials is less disruptive to that carbon-capturing soil.

Soil serves as a reservoir, capturing planet-warming carbon dioxide from the atmosphere that plays a role in climate change, experts say. Annual cultivation — the plow, plant, harvest and repeat cycle — strains soil formation, which takes thousands of years and rapidly degrades the farmland. Perennial roots can also bring that carbon deeper into soils, where it is less likely to be disturbed, said Laura van der Pol, The Land Institute's lead soil ecologist.

And soil that has more carbon in it tends to be better for plants.

"Incorporating perennials into our agriculture seems like really the only option to have soil for generations if we want to continue to grow food," van der Pol said. "It's hard to imagine getting to a place where we could have soil and abundant food without a perennial option."

## Moving slowly

Pilot programs involving perennial grains are in the works around the world, testing how to grow them in different regions, climates and soils, but the research is early and slow-moving.

Chief among the challenges is the crops' grain yield, said Lee DeHaan, who leads The Land Institute's Kernza domestication program. Kernza farmers are getting yields of about 20% to 40% of what they might get from a wheat crop in the area. That's because a perennial crop has to use energy not only to grow seeds for grain, but also to grow roots to penetrate the soil so it can survive for more than a year. That contrasts with annual crops, which are engineered to put as much energy as possible into making as much seed as they can in one growing season.

Researchers at Cornell University also have found that establishing a Kernza field can be difficult as it contends with weeds in its first year. Finding the right seeding rate to maximize yield is also still being studied, said Matthew Ryan, a sustainable cropping professor at Cornell University.

Mueller said new varieties of Kernza are yielding more than previous ones but that the yield can decline as the crop ages. Yields on perennial rice are similar to annual ones, officials at The Land Institute said.

Harvesting Kernza specifically can be challenging. The grain is smaller than wheat, for example, and farmers and researchers are still



Joshua A. Bickel/Associated Press

**Jacob Barefoot, center, and Kate Fitzsimmons gather plant material from a field in Salina, Kan.**

finding the best ways to adapt farm equipment so the kernel isn't damaged during harvest.

Still, Ryan said farmers who experience crop loss due to drought or major flooding may be prompted to think about ways to build more resilience into their operations.

"I think farmers, more than other people, realize that the climate is changing," he said. "They prompt people to think, and I feel like they are driving farmers to practice this."

Even as perennial grain development steadily improves and more farmers sign on to grow it, there are still issues with consumer interest, federal support and research infrastructure.

## Building awareness

Aaron Gaeddert, the owner of Prairy in Newton, Kan., sells Kernza products and develops food products in his test kitchen. The grain has a sweeter flavor than wheat and can be found in products such as baking mixes and beer. Building awareness is challenging, Gaeddert said, but he's hopeful interest will grow as new products are developed.

"We still have customers that shop here all the time who don't know what Kernza is, and we've had it on our shelves for three or four years," he said. "I truly think that it's gonna take some bigger industry players to adopt a new grain like this."

And while farmers receive federal bridge payments and other assistance for traditional crops amid market disruptions and increased production costs, federal funding for perennial grains is lacking. The value of a farmer's land and the loans they can get to subsidize operations are directly connected to what they grow.

Brandon Schlautman, a perennial crop scientist and farmer at Sustain-a-Grain, a supplier and distributor of Kernza, said he constantly hears from farmers who want to grow it but that he turns away almost all of them because the market isn't developed enough.

"What farmers really need is access to the product or the grain itself," Schlautman said. "And stable markets that allow them to grow Kernza and sell it profitably and sustainably."

Mueller contracts with Sustain-a-Grain, which sells him Kernza seed and buys back his crop at a fixed price. That guaranteed price means he doesn't have to worry as much about the risk of planting an alternative crop. Mueller agrees the market for Kernza is small, but that means farmers who grow it can be paid a premium, sometimes five to 10 times the price of a pound of wheat, he said.

Pricing the grain low enough to open up a larger market for consumers is the main challenge.

"The fact that it has the potential to be profitable as opposed to some other alternative crops, that was intriguing, too," Mueller added. "Because at the end of the day, ideas are great, but you need to make money if you want to do this again next year."

# LEGAL NOTICES

HoustonChronicle.com/Place-Legals legals@chron.com 713.362.6868

## Notice to Creditors

NOTICE TO CREDITORS AD

$99.00

Contact our team:
legals@chron.com
OR
Visit our 24/7 website to place, anytime:
HoustonChronicle.com/Place-Legals

*Includes first 36 lines and 1 Affidavit of Publication. $2.00 each additional line.*

## Legals/Public Notices

### NOTICE OF CLASS 2 PERMIT MODIFICATION

**APPLICATION.** Clean Harbors Deer Park, LLC, 2027 Independence Parkway South, La Porte, Harris Texas, 77571, a commercial hazardous and non-hazardous waste management facility has filed an application for a Class 2 modification to Texas Commission on Environmental Quality (TCEQ) Hazardous Waste Permit No. 50089 The facility is located 2027 Independence Parkway South, Deer Park in Harris County, Texas. The proposed modification includes the addition of a Komar shredder for drum shredding as part of the waste feed process for Train II. The shredder is a pre-processing unit and does not modify waste treatment methods, permitted throughput, or emission controls. A draft permit has not been prepared as of the date of this notice.

**PUBLIC COMMENT/ PUBLIC MEETING.** The applicant will hold a public meeting on this application on October 2nd, 2026 at 3:00 pm at Deer Park Public Library, 3009 Center Street, Deer Park, Harris County, Texas 77536 as required by 30 TAC Section 305.69(c)(4). The purpose of the public meeting is to provide information and discuss issues related to the application. The applicant's contact person is Marc Poppe, 281-930-2412. A copy of the modification request can be viewed and copied at the following location:
Deer Park Public Library, 3009 Center Street, Deer Park, Harris County, Texas 77536
Public comments on this application must be submitted within 60 days of newspaper publication of this notice to the TCEQ Chief Clerk's Office, MC 105, TCEQ, P.O. Box 13087, Austin, TX 78711-3087. The TCEQ will hold a public meeting on this application if there is a significant degree of public interest. A public meeting is not a contested case hearing.

**MAILING LIST.** If you submit public comments, you will be added to the mailing list for this application to receive future public notices mailed by the Office of the Chief Clerk. In addition, you may request to be placed on: (1) the permanent mailing list for a specific applicant name and permit number; and/or (2) the mailing list for a specific county. To be placed on the permanent and/or the county mailing list, clearly specify which list(s) and send your request to TCEQ Office of the Chief Clerk at the address above.

The Commission may also hold a contested case hearing pursuant to the procedures for class 3 modifications which the Commission may follow if there is significant public concern about the proposed modification, or the complex nature of the change requires the more extensive procedures of a Class 3 modification.

For more information about this permit application, the permitting process, please call the TCEQ's Public Education Program, Toll Free, at 1-800-687-4040. Si desea información en Español, puede llamar al 1-800-687-4040. The permittee's compliance history during the life of the permit being modified is available from agency contact person through TCEQ's Public Education Program.
IPLHOU0162360

### NOTICE OF PROPOSED BANK MERGER

Notice is hereby given that JFI Merger Sub, Inc., 2300 Woodforest Pkwy N., Ste 250-128, Montgomery, Texas 77316, intends to file an application with the Federal Deposit Insurance Corporation, for consent to merge with and into Lone Star Bank, 2600 S. Gessner Road, Suite 100, Houston, Texas 77063. Lone Star Bank will be the surviving bank in the merger.

Any person wishing to comment on this application is encouraged to submit comments through the FDIC's website at https://cra.fdic.gov/. Any person wishing to comment on the application may file his or her comments, in writing, with the Regional Director of the Federal Deposit Insurance Corporation at its Dallas Regional Office at 600 North Pearl Street, Suite 700, Dallas, Texas 75201, not later than September 13, 2026. The non-confidential portions of the application are on file in the regional office and are available for inspection during regular business hours. Photocopies of the non-confidential portion of the application will be made available upon request.
IPLHOU0158033

REACH MILLIONS.
Place a digital ad today. chron.com/advertise

## Legals/Public Notices

### NOTICE OF RATE ORDER AND OF PENALTIES FOR VIOLATION THEREOF

Notice is hereby given that the Board of Directors of Montgomery County Municipal Utility District No. 251 adopted a Rate Order which: establishes rules and regulations for the operation of, and connection to, the District's water, sewer and drainage system, including the procedures, requirements and fees for connecting to District facilities, submission of plans, inspection and certification of plumbing and connecting facilities, and obtaining water and sanitary sewer services, including application procedures and deposits; regulates the quality of wastewater which may be discharged into the District's wastewater collection and treatment system; regulates discharges to the District's drainage system; provides rates and procedures for billing and collection for services and for penalties and/or termination of services in the event of delinquency in payment, returned checks, or unauthorized use of District facilities; prohibits the unauthorized connection to or use of District facilities and services, the damaging or tampering with any District facility, the interconnecting or cross connecting of any District facility with any other source of water, and the introduction of any industrial or other waste not amenable to biological treatment; and includes plumbing and backflow prevention regulations. Violation of any of the rules contained in the Rate Order will subject the violator to penalties, including termination of services, the assessment of fines of up to $10,000 per breach and/or day, payment of attorneys fees, and payment of all costs or damages resulting from the violation. In addition, the District may enforce the provisions of the Rate Order through the exercise of any legal rights and remedies of the District, including criminal and/or civil prosecution, as may be authorized or permitted under the laws of the State of Texas. The Rate Order is on file at the principal office of the District, Schwartz, Page & Harding, L.L.P., 1300 Post Oak Boulevard, Suite 2400, Houston, Texas 77056, where it may be read in full.

/s/ Cody Adamek
President, Board of Directors
Montgomery County Municipal Utility District
No. 251

IPLHOU0161167

**NOTICE** is hereby given that Kirby Corporation, as parent corporation, and Kirby Inland Marine, LP, as owner and/or operator of the M/V DELOS CASE (collectively "Kirby" or "Limitation Petitioners"), have filed a Complaint claiming the right to exoneration from, or limitation of, liability for all claims arising out of the incident that occurred on or about January 16, 2026, all as more fully set forth in the Complaint filed in the United States District Court for the Southern District of Texas – Galveston Division on July 21, 2026, Civil Action No. 3:26-cv-0234.

All persons having claims as referred to above must file said claims, as provided in Supplemental Rule F of the Federal Rules of Civil Procedure, with the Clerk of this Court in Galveston, Texas, and serve on or mail to the attorney for the Limitation Petitioners, Ross Jones, CLARK HILL, PLC, 2615 Calder Ave., Suite 240, Beaumont, Texas 77702, a copy there on or before the 28th day of September, 2026, or be defaulted. Personal attendance is not required.

Any claimant desiring to contest either the right of Limitation Petitioners to exoneration from, or limitation of liability, must file an answer to said Complaint as required by the aforesaid Supplemental Rule F and serve on or mail to Limitation Petitioners' attorneys a copy, unless his/her/its claim has included an answer.
IPLHOU0158838

**PUBLIC HEARING** The Houston Planning Commission has received an application to allow the **replatting of Bridgeland Creekland Village Sec 22 being all or part of Block 1 as recorded in Volume 715, Page 108, of the Harris County Map Records for the purpose of creating 80 lots and 5 reserves.** The new subdivision name is **Bridgeland Creekland Village Sec 22 Replat No.1.** This is the written notice of a public hearing the City sends to all owners of property within 300' of the boundary of the plat. The Houston Planning Commission will hold a public meeting and public hearing on this replat. The Commission is the nonlegislative body authorized to review and render decisions on subdivision applications and requests. The meeting at which this item will first be considered is on **Thursday, October 1, 2026, beginning at 2:30 p.m.** A sign with this information has also been posted on the project site. Members of the public may make comments or express concerns about the proposed project by attending the meeting at City Council Chamber located at 900 Bagby Street or send email to: speakercomments.pc@houstontx.gov or call the Planning Department at: 832-393-6624 at least 24 hours in advance of the meeting. Contact the applicant at kleal@lja.com or the City of Houston Planning Department at 832-393-6600 for any additional information.
IPLHOU0162497

## Citation by Publication

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF Multnomah

**Case No: 26DR02462**

Dominic Anderson
Plaintiff/Petitioner
v.
Jaquilyn Jack
Defendant/Respondent

**SUMMONS FOR SERVICE BY PUBLICATION**

**Date of First Publication: 07/20/2026**

Dominic Anderson has filed a divorce case asking the court to order a judgement dissolving the marriage.

**NOTICE TO DEFENDANT: READ CAREFULLY!**

**You must "appear" in this case or the other side will win automatically**. To "appear," you must file a legal Response, Answer, or Motion. Forms may be available through the court above or online at www.courts.oregon.gov/forms. Talk to a lawyer for information about appearing by motion.

Your response must be filed with the court named above **within 30 days of the date of first publication** (noted above), along with the required filing fee (go to www.courts.oregon.gov for fee information). It must be in proper form. You must show that the other party's lawyer (or the party if they do not have a lawyer) was formally served with a copy of your response according to the service rules. Service rules are in the Oregon Rules of Civil Procedure (ORCP) Rule 9.

If you have questions, see a lawyer immediately. If you need help finding a lawyer, you can call the Oregon State Bar's Lawyer Referral Service at 503.684.3763 or toll free in Oregon at 800.452.7636, or go to www.oregonstatebar.org.

Date____________
*/s/ Dominic Anderson*
Dominic Anderson

3130 SE 136th Apt.1
Portland,OR 97236
971-500-8898
IPLHOU0152814

## Citation by Publication

**CITATION**

THE STATE OF TEXAS

Cause No.: 26-CV-1413
56th District Court of Galveston County

JENNIFER BOLDING VS. CHRISTEN BURTON, ET AL

TO: Christen Burton
2902 Texas Ave. #52
Texas City, TX 77590

GREETINGS: YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days from the date you were served this citation and petition/motion, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

Said written answer may be filed by mailing same to: District Clerk's Office, 600 59th Street, Suite 4001, Galveston, Texas 77551-2388. The case is presently pending before the **56th District Court** of Galveston County sitting in Galveston, Texas, and the Original Petition - OCA was filed **July 15, 2026**. It bears cause number **26-CV-1413** and see the attached petition/motion for named parties to the suit.

Issued and given under my hand and the seal of said court at Galveston, Texas, on this the **20th day** of July, **2026**.

John D. Kinard, District Clerk
Galveston County, Texas

Issued at the request of:
Lawrence M Tylka
Tylka Law Center, P.C.
1104 East Main
League City, Texas 7
*/s/ Shelby Ewing*
By Shelby Ewing, Dep
IPLHOU0161239